Brenda K. Washington-Wheeler,
                 Plaintiff,                 Case No. 08-cv-14960

vs.

                                        DISTRICT JUDGE ANNA DIGGS TAYLOR
                                        MAGISTRATE JUDGE STEVEN D. PEPE

COMMISSIONER OF
SOCIAL SECURITY,
                 Defendant.

=============================/

### ORDER TO SUPPLEMENT PLAINTIFF'S APPLICATION
### TO PROCEED IN FORMA PAUPERIS (Dkt. #2)

On November 28, 2008, Plaintiff filed an application to proceed *in forma pauperis* (Dkt.

#2). All pre-trial matters were referred under 28 U.S.C. § 636(b) on December 1, 2008 (Dkt.

#3). 28 U.S.C. §1915 provides that "any court of the United States may authorize the

commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or

appeal therein, without prepayment of fees or security . . . " District courts have discretion to

grant or deny a motion requesting *in forma pauperis* status under 28 U.S.C. §1915(a).

Proceeding *in forma pauperis* is a privilege and not a right. *Shobe v. People of the State of

California*, 362 F.2d 545, 546 (9th Cir. 1966).

Having reviewed Plaintiff's application, it appears to be incomplete. In Section 2 of the

application, there was a request to indicate if in the past 12 months Plaintiff had received money

from any sources. Plaintiff indicated that she received money from "e. Other sources." Section 2

then requires that if the answer were "yes" to any of the sources of income, Plaintiff was to state

the source of the money and the amount received.  Plaintiff's application is blank as to this

needed follow-up answer.  Plaintiff is directed to indicate the source of the money she referred to

in 2(e) "Other sources" and the amount she received.

**SO ORDERED.**


                                        s/Steven D. Pepe
                                        United States Magistrate Judge


Dated:  December 4, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or
parties of record by electronic means or U.S. Mail on December 4, 2008.


                                        S/V. Sims
                                        Case Manager