**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BRENDA WASHINGTON-WHEELER,

                Plaintiff,                Case No.  08-14960
                                                      Hon. Anna Diggs Taylor

v.                                                    Magistrate Judge Mark A. Randon

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION**
(Docket Entry 26)

       This matter is before the Court on Magistrate Judge Mark A. Randon's Report and Recommendation of December 23, 2009, granting Defendant's Motion for Summary Judgment (Doc. #23) and denying Plaintiff's Motion for Summary Judgment (Doc. #19).

       The Court has reviewed the file, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections.  The Court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

       Therefore, the Court will accept the Magistrate's Report and Recommendation of December 23, 2009 as the findings and conclusions of this Court.

       Accordingly,

       IT IS HEREBY ORDERED that Magistrate Judge Randon's Report and Recommendation of December 23, 2009 is ACCEPTED and ADOPTED.

       IT IS SO ORDERED.


DATED:  January 26, 2010                    **s/Anna Diggs Taylor**
                                                        ANNA DIGGS TAYLOR
                                                        UNITED STATES DISTRICT JUDGE

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on January 26, 2010.

                                                                               s/Johnetta M. Curry-Williams
                                                                               Case Manager